Form B 250A (12/09)

# United States Bankruptcy Court
## SOUTHERN District Of TEXAS

In re ____John H. Hamilton, Sr.____ ,  )   Case No. ____10-35770____
       Debtor )
                                    )   Chapter ____7____

____Bank of America, N.A.____  )
       Plaintiff  )

v.   )   Adv. Proc. No. ____11-03020____

____John H. Hamilton, Sr.____  )
       Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:    United States Bankruptcy Court
                                             515 Rusk Ave., Room 1217
                                             Houston, Texas 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
      John Paul Stanford
      Quilling, Selander, Lownds, Winslett & Moser, P.C.
      2001 Bryan Street, Suite 1800
      Dallas, Texas 75201

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                    _____ (Clerk of the Bankruptcy Court)

Date: _____              By: _____ (Deputy Clerk)