| B 104<br>(Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|---|

| **PLAINTIFFS**<br>Bank of America, N.A. as successor to Wells Fargo, N.A. as Trustee, etc. | **DEFENDANTS**<br>John H. Hamilton, Sr. |
|---|---|
| ATTORNEYS (Firm Name, Address and Telephone No.)<br>John Paul Stanford<br>Quilling Selander Lownds Winslett & Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas  75201 | ATTORNEYS (If known) |

**PARTY** (Check one box only)   ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Determine Dischargeability of Debt - 11 U.S.C. §§ 523(a)(2)(A); 523(a)(2)(B); 523(a)(6); 542

**NATURE OF SUIT**
(Check the most appropriate box only.)

| | | |
|---|---|---|
| ☐ 454 To Recover Money or Property<br>☐ 435 To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property<br>☐ 458 To Obtain approval for the sale of both the interest of the estate and of a co-owner in property.<br>☐ 424 To Object or Revoke a discharge 11 U.S.C. §727 | ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12 or Chap. 13 Plan<br>☒ 426 To determine the dischargeability of a debt 11 U.S.C. §523<br>☐ 434 To obtain an injunction or other equitable relief<br>☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan. | ☐ 456 To obtain a declaratory judgement relating to any of foregoing causes of action<br>☐ 459 To determine a claim or cause of action removed to a bankruptcy court<br>☐ 498 Other (specify) |

| **ORIGIN OF PROCEEDINGS**<br>(Check one box only) | ☒ 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23 |
|---|---|---|---|---|---|

| **DEMAND** | NEAREST THOUSAND $ | OTHER RELIEF SOUGHT | | ☐ JURY DEMAND |
|---|---|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>John H. Hamilton, Sr. | BANKRUPTCY CASE NO.<br>10-35770 | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Southern | DIVISIONAL OFFICE<br>Houston | NAME OF JUDGE<br>Jeff Bohm |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

| FILING FEE (Check one box only.) | ☒ FEE ATTACHED | ☐ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|
| DATE<br>Jan 19, 2011 | PRINT NAME<br>John Paul Stanford | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ John Paul Stanford* | |